FOIA Summnos
12/11

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center )
       *Plaintiff*                    )
                                      )
v.                                    )   Civil Action No.   14-1555   TSC
                                      )
Department of Defense                 )
       *Defendant*                    )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Department of Defense
                                       The Pentagon
                                       Washington, DC 20301

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger P. McCall
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 9/12/2014

/s/ Kristin Brown
*Signature of Clerk or Deputy Clerk*



FOIA Summnos
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
*Plaintiff*

v.

Department of Defense
*Defendant*

Civil Action No. 14-1555 TSC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Attorney General for the United States of America
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-001

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger P. McCall
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 9/12/2014



/s/ Kristin Brown

*Signature of Clerk or Deputy Clerk*

FOIA Summnos
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
_Plaintiff_

v.

Department of Defense
_Defendant_

Civil Action No. 14-1555 TSC

## SUMMONS IN A CIVIL ACTION

To:  (Defendant's name and address)

United States Attorney for the District of Columbia
c/o Civil Process Clerk
555 4th St. NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger P. McCall
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 9/12/2014

/s/ Kristin Brown

_Signature of Clerk or Deputy Clerk_