**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 14-1555 (TSC) |
| v. | ) ) ) |
| U.S. DEPARTMENT OF DEFENSE, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION**
**FOR EXTENSION OF TIME**

Defendant United States Department of Defense, by and through undersigned counsel, hereby respectfully moves the Court for a 30-day extension of time to respond to Plaintiff Electronic Privacy Information Center's Complaint. Defendant's response is due on October 20, 2014, and this is Defendant's first motion for an extension of time. Counsel for the parties conferred under Local Rule 7(m) and Plaintiff consented to only a one-week extension; however, as set forth below, good cause exists to grant Defendant's motion.

The undersigned was recently assigned to this matter and, therefore, needs additional time to investigate the allegations in Plaintiff's Complaint. Specifically, the undersigned needs to understand the scope of Plaintiff's FOIA request, and the extent of the agency's response to the request. More importantly, the undersigned needs to gather additional information on the volume of potential responsive documents and ascertain the time and effort it will require the agency to process those documents. These issues are essential in crafting an appropriate response to Plaintiff's Complaint. Furthermore, the undersigned needs additional time to prepare

the draft response sufficiently in advance of the deadline for supervisory and agency review prior to filing it with the Court.

For the above reasons, Defendant respectfully requests that the Court grant the requested 30-day enlargement of time to November 20, 2104, for Defendant to respond to Plaintiff's Complaint.

Dated: October 16, 2014
Washington, DC

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  _____/s/_____
JOHN C. TRUONG, D.C. BaR #465901
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 252-2524
john.truong@usdoj.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) |  |
| Plaintiff, | ) ) | Civil Action No. 14-1555 (TSC) |
| v. | ) ) |  |
| U.S. DEPARTMENT OF DEFENSE, | ) ) |  |
| Defendant. | ) ) ) |  |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Extension of Time and the entire record herein, it is this _____ day of _____, 2014,

**ORDERED** that Defendant's Motion for Extension of Time be and is hereby **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have up to and including November 20, 2014, to respond to Plaintiff's Complaint.

**SO ORDERED**.

_____
United States District Judge