UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DEPARTMENT OF DEFENSE,  )<br>)<br>Defendant.  )<br> | Case No. 1:14-cv-01555 (TSC) |

**JOINT STATUS REPORT**

As ordered by this Court, the parties, Plaintiff the Electronic Privacy Information Center ("EPIC") and Defendant the Department of Defense ("DOD") by and through their undersigned counsel, respectfully provide this Joint Status Report to propose a schedule in this matter. The parties report as follows:

1.      This case arises from Plaintiff's July 21, 2014, request under the Freedom of Information Act for: (1) "[Federal Voting Assistance Program] FVAP Voting System Testing Laboratory Functionality and Security Testing," (2) "[Voting System Test Laboratory] VSTL Functionality and Security Testing," (3) "Penetration Testing of Simulated Election," and (4) All other documents regarding system functionality and security testing of online ballots and Internet voting systems.

2.      Counsel for Plaintiff and Defendant have conferred regarding a production schedule for any non-exempt information contained in responsive records in this matter, and have agreed to the following schedule:

| | |
|---|---|
| Production of Documents: | January 31, 2015 |
| Vaughn Index (Declaration)/Defendant's Motion for Summary Judgment: | March 1, 2015 |
| Plaintiff's Cross Motion/Opposition: | April 1, 2015 |
| Defendant's Opposition/Reply: | April 15, 2015 |
| Plaintiff's Reply: | April 30, 2015 |

3.  The Parties now propose that the Court issue a scheduling order reflecting these deadlines. The parties have attached a proposed order.

Dated December 2, 2014                    Respectfully submitted,

MARC ROTENBERG
President and Executive Director

/s/ Ginger P. McCall_____
GINGER P. MCCALL
D.C. Bar # 1101104

JULIA HORWITZ
D.C. Bar # 1018561

Electronic Privacy Information Center
1718 Connecticut Ave., NW, Suite 200
Washington, DC 20009
Telephone: (202) 483-1140
E-mail: butler@epic.org

**Counsel for Plaintiff**

RONALD C. MACHEN JR.
D.C. BAR # 447889
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092

        Chief, Civil Division

        By:      //s_____
        JOHN C. TRUONG
        D.C. BAR #465901
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        Tel: (202) 252-2524
        Fax: (202) 252-2599
        E-mail: John.Truong@usdoj.gov

        **Counsel for Defendant**