UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:14-cv-01555 (TSC) |

**[PROPOSED] ORDER**

Upon consideration of Joint Status Report, it is hereby ORDERED that the following schedule is adopted for the above-captioned action:

| | |
|---|---|
| Production of Documents: | January 31, 2015 |
| Vaughn Index (Declaration)/Defendant's Motion for Summary Judgment: | March 1, 2015 |
| Plaintiff's Cross Motion/Opposition: | April 1, 2015 |
| Defendant's Opposition/Reply: | April 15, 2015 |
| Plaintiff's Reply: | April 30, 2015 |

SO ORDERED.

Dated: _____, 2014.

_____
TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE