**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | Civil Action No. 14-cv-1555 (TSC) |

**CONSENT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully moves the Court to modify its December 3, 2014 Scheduling Order. See Dec. 3, 2014 Minute Order. The parties conferred under Local Rule 7(m) and counsel for Plaintiff consented to this request.

There is good cause for the Court to modify the Scheduling Order in this Freedom of Information Act (FOIA) case. Pursuant to the Court's December 3, 2014 Order, Defendant produced documents to Plaintiff on January 31, 2014. In the production transmittal letter, Defendant explained that its search for responsive documents uncovered a total of 388 pages of documents. The agency released 37 pages with redactions and withheld 351 pages entirely.

The parties recently conferred on the document production. Plaintiff is concerned about the low number of responsive documents and requested that the agency conduct additional searches. The agency has agreed to consider this request. The agency further agreed to revisit the redacted documents and those withheld in full to determine whether any additional information could be released to the Plaintiff. The agency intends to complete this task by

March 31, 2015. Given the development of the case, Defendant believes that modifying the Scheduling Order would efficiently move this FOIA case along and limit unnecessary briefing. Furthermore, there is nothing in the record to suggest that modifying the Scheduling Order would not affect the Court's orderly administration of this FOIA case.

For the foregoing reasons, Defendant respectfully requests that the Court modify the December 3, 2014 Scheduling Order as follows:

| Events | Current Dates | "Requested" Dates |
| --- | --- | --- |
| Defendant completes conducting additional search and revisiting withheld information and, if applicable, produces non-exempt information | None | March 31, 2015 |
| Defendant's Motion for Summary Judgment (with *Vaughn* Index and/or Declaration) | March 1, 2015 | April 30, 2015 |
| Plaintiff's Opposition/Cross-Motion for Summary Judgment | April 1, 2015 | June 1, 3015 |
| Defendant's Reply/Opposition | April 15, 2015 | June 15, 2015 |
| Plaintiff's Reply | April 30, 2015 | June 30, 2015 |

February 26, 2015.    Respectfully submitted,
RONALD C. MACHEN JR.
D.C. BAR # 447889
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By: _____//s_____
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
Fax: (202) 252-2599
E-mail: John.Truong@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | Civil Action No. 14-cv-1555 (TSC) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion to Modify Scheduling Order and the entire record herein, it is this _____ day of _____, 2015,

**ORDERED** that Defendant's Consent Motion to Modify Scheduling Order be and is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the December 3, 2014 Scheduling Order be and is hereby **MODFIED** as follows:

| Events | Dates |
|---|---|
| Defendant completes conducting additional search and revisiting withheld information and, if applicable, produces non-exempt information | March 31, 2015 |
| Defendant's Motion for Summary Judgment (with *Vaughn* Index and/or Declaration) | April 30, 2015 |
| Plaintiff's Opposition/Cross-Motion for Summary Judgment | June 1, 3015 |
| Defendant's Reply/Opposition | June 15, 2015 |

| Plaintiff's Reply | June 30, 2015 |

SO ORDERED.

_____
United States District Judge