**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | Civil Action No. 14-cv-1555 (TSC) |

**CONSENT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully moves the Court to modify the February 27, 2015 Scheduling Order by extending all deadlines by 30 days. The parties conferred under Local Rule 7(m) and counsel for Plaintiff consented to this request.

There is good cause for the Court to modify the Scheduling Order in this Freedom of Information Act (FOIA) case. As Defendant explained to the Court in the last extension motion, the agency agreed to revisit its document production to determine whether it could release any documents currently withheld in whole by March 31, 2015. As discussed with Plaintiff, since that time the agency revisited its document production and has exercised its discretion to release the withheld documents to Plaintiff with minimal redactions. In fact, on Thursday March 26, 2015, the agency released to Plaintiff a previously withheld document (107 pages). There are additional documents that the agency intends to release but it needs additional time beyond the March 31st deadline to do so. The agency estimates that it needs at least 30 days to process the remaining documents and to obtain requisite approval for the disclosure.

Given that the agency will be releasing previously withheld documents, Defendant believes that modifying the Scheduling Order will efficiently move this FOIA case along and limit unnecessary briefing.  Furthermore, Defendant anticipates working with Plaintiff's counsel to resolve this FOIA matter informally, without further litigation, after the agency completes it document production.

For the foregoing reasons, Defendant respectfully requests that the Court modify the February 27, 2105 Scheduling Order as follows:

| Events | Current Dates | "Requested" Dates |
| --- | --- | --- |
| Defendant completes conducting  additional search and revisiting withheld information and, if applicable, produces non-exempt information | March 31, 2015 | April 30, 2015 |
| Defendant's Motion for Summary Judgment (with *Vaughn* Index and/or Declaration) | April 30, 2015 | May 29, 2015 |
| Plaintiff's Opposition/Cross-Motion for Summary Judgment | June 1, 3015 | July 1, 3015 |
| Defendant's Reply/Opposition | June 15, 2015 | July 15, 2015 |
| Plaintiff's Reply | June 30, 2015 | July 30, 2015 |

March 28, 2015.

Respectfully submitted,
RONALD C. MACHEN JR.
D.C. BAR # 447889
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By: _____//s_____
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
Fax: (202) 252-2599
E-mail: John.Truong@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | Civil Action No. 14-cv-1555 (TSC) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion to Modify Scheduling Order and the entire record herein, it is this _____ day of _____, 2015,

**ORDERED** that Defendant's Consent Motion to Modify Scheduling Order be and is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the February 27, 2015 Scheduling Order be and is hereby **MODFIED** as follows:

| Events | Dates |
|---|---|
| Defendant completes conducting additional search and revisiting withheld information and, if applicable, produces non-exempt information | April 30, 2015 |
| Defendant's Motion for Summary Judgment (with *Vaughn* Index and/or Declaration) | May 29, 2015 |
| Plaintiff's Opposition/Cross-Motion for Summary Judgment | July 1, 3015 |
| Defendant's Reply/Opposition | July 15, 2015 |

| Plaintiff's Reply | July 30, 2015 |
|---|---|

SO ORDERED.

_____
United States District Judge