# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | Civil Action No. 14-cv-1555 (TSC) |

**ORDER**

Defendant's Consent Motion to Modify Scheduling Order (ECF No. 14) is hereby granted. The February 27, 2015 Scheduling Order is hereby **MODFIED** as follows:

| Events | Dates |
|---|---|
| Defendant completes conducting additional search and revisiting withheld information and, if applicable, produces non-exempt information | April 30, 2015 |
| Defendant's Motion for Summary Judgment (with *Vaughn* Index and/or Declaration) | May 29, 2015 |
| Plaintiff's Opposition/Cross-Motion for Summary Judgment | July 1, 2015 |
| Defendant's Reply/Opposition | July 15, 2015 |
| Plaintiff's Reply | July 30, 2015 |

Date:  April 8, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge