UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | Civil Action No. 14-cv-1555 (TSC) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully moves the Court to modify the April 9, 2015 Scheduling Order by extending all deadlines by 30 days. The parties conferred under Local Rule 7(m) and counsel for Plaintiff consented to this request.

There is good cause for the Court to modify the Scheduling Order in this Freedom of Information Act (FOIA) case. Since the last enlargement of time request, the agency has released to the Plaintiff previously withheld documents. As a result, counsel for the parties recently had preliminary discussions on resolving this case informally, without further litigation. Indeed, the parties are scheduling to confer in the next two weeks to discuss resolution of this case. The parties anticipate one or more rounds of discussions before any resolution could be reached. Alternatively, in the event that the parties cannot settle this case, the parties will submit dispositive motions by the deadlines proposed herein.

For the foregoing reasons, Defendant respectfully requests that the Court modify the April 9, 2105 Scheduling Order as follows:

| Events | Current Dates | "Requested" Dates |
|---|---|---|
| Defendant's Motion for Summary Judgment (with *Vaughn* Index and/or Declaration) | May 29, 2015 | June 29, 2015 |
| Plaintiff's Opposition/Cross-Motion for Summary Judgment | July 1, 3015 | August 1, 2015 |
| Defendant's Reply/Opposition | July 15, 2015 | August 15, 2015 |
| Plaintiff's Reply | July 30, 2015 | August 30, 2015 |

May 27, 2105

Respectfully submitted,

VINCENT H. COHEN, JR.
D.C. BAR # 471489
Acting United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By:       _____//s_____
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
Fax: (202) 252-2599
E-mail: John.Truong@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | Civil Action No. 14-cv-1555 (TSC) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion to Modify Scheduling Order and the entire record herein, it is this _____ day of _____, 2015,

**ORDERED** that Defendant's Consent Motion to Modify Scheduling Order be and is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the April 9, 2015 Scheduling Order be and is hereby **MODFIED** as follows:

| Events | Dates |
|---|---|
| Defendant's Motion for Summary Judgment (with *Vaughn* Index and/or Declaration) | June 29, 2015 |
| Plaintiff's Opposition/Cross-Motion for Summary Judgment | August 1, 2015 |
| Defendant's Reply/Opposition | August 15, 2015 |
| Plaintiff's Reply | August 30, 2015 |

SO ORDERED.

_____
United States District Judge